In the Matter of the Application of Samuel Buchler, Appellant, for an Order of Mandamus against S. Howard Cohen and Others, Constituting the Board

of Elections of the City of New York, Respondents.* — Order affirmed. No opinion. Leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.